**Order entered December 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01262-CV

**BILLY HARRIS AND DEMAKI HARRIS, Appellants**

**V.**

**CITIMORTGAGE, INC., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-04569-B**

## ORDER

The Court **GRANTS** appellants' December 9, 2013 motion to extend time to file their brief. We **ORDER** appellants to file their brief by December 13, 2013.

/s/     ADA BROWN
           JUSTICE